IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DAVID BELL,

    Petitioner,                   No. CIV S-06-0024 LKK DAD P

    vs.

BILL LOCKYER, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed his amended petition for a writ of habeas corpus as ordered by the court on May 10, 2006. Petitioner has not, however, filed his in forma pauperis affidavit as ordered by the court.[1] Petitioner will be provided one final opportunity to submit the in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an application requesting leave to proceed in forma pauperis; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

---

[1] The application to proceed in forma pauperis filed by petitioner on January 6, 2006, was defective.

1

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2  pauperis form used by this district.
3  DATED: June 12, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
bell0024.101a2

2