IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DAVID BELL,

      Petitioner,                    No. CIV S-06-0024 LKK DAD P

    vs.

BILL LOCKYER, et al.,

      Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 13, 2005, the court ordered petitioner to submit a new application requesting leave to proceed in forma pauperis because the application he filed on January 6, 2006 was defective. On June 21, 2006, petitioner filed a response asserting that Kim Johnson had sent the court the $5.00 filing fee. The court has searched its records and finds no receipt of $5.00 from Kim Johnson or petitioner. Therefore, petitioner will be provided a final opportunity to either pay the $5.00 filing fee or to submit the in forma pauperis application.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

/////

1

1        1. Petitioner shall submit, within thirty days from the date of this order, an application in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

        2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 17, 2006.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:4
bell0024.101a3