1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **ROBERT DAVID BELL,**                        CIV S-06-0024 LKK DAD P
12
                                   Petitioner,    **ORDER**
13
             **v.**
14
    **BILL LOCKYER, et al.,**
15
                                   Respondents.
16

17

18          Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's answer to

19   Petitioner's Petition for Writ of Habeas Corpus be filed on or before November 8, 2006.

20   DATED: October 10, 2006.

21

22                                    _____

23                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
24   DAD:4
     bell0024.eot
25

26

27

28