IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DAVID BELL, | |
| Petitioner, | No. CIV S-06-0024 LKK DAD P |
| vs. | |
| BILL LOCKYER, et al., | |
| Respondents. | ORDER |

Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's November 29, 2006 motion for an extension of time is granted; and

2. Petitioner shall file and serve his traverse on or before January 25, 2007.

DATED: December 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
bell0024.111