IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DAVID BELL,

    Petitioner,               No. CIV S-06-0024 LKK DAD P

    vs.

BILL LOCKYER, et al.,

    Respondents.          <u>ORDER</u>

                               /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges only the sentence he received in the Butte County Superior Court following his 2004 burglary conviction, arguing that the imposition of the upper term and a consecutive term based on facts that were not found by the jury in his case nor admitted by him violated his Sixth Amendment right to a jury trial. This court has independently verified that petitioner served his prison term and was released from state custody on May 4, 2009. "A challenge to a prison sentence becomes moot once the sentence has been served unless the petitioner continues to suffer collateral consequences." <u>Caswell v. Calderon</u>, 363 F.3d 832, 836 (9th Cir. 2004).

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the filed date of this order, petitioner show cause why this action should not be dismissed as moot.

DATED: July 30, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
bell24.moot